IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Robert E. Young, | : | |
| Plaintiff | : | Civil Action 2:06-cv-00531 |
| v. | : | Judge Smith |
| Sheriff Ron Nichols, *et al.*, | : | Magistrate Judge |
| Defendants | : | |

**ORDER**

Plaintiff Robert E. Young, an inmate at the Northside Correctional Institution, Una, South Carolina, brought this action under 42 U.S.C. §1983 alleging that defendants illegally arrested him, denied him medical treatment, and caused him to be extradited to South Carolina. This matter is before the Court on plaintiff Young's July 17, 2006 objections to Magistrate Judge Abel's June 29, 2006 Report and Recommendation on initial screening that the complaint is barred by the two year statute of limitations for actions brought under 42 U.S.C. § 1983. See, *Browning v. Pendleton*, 869 F.2d 989, 992 (6th Cir. 1989)(*en banc*).

Upon *de novo* review as required by 28 U.S.C. § 636(b)(1)(B), the Court OVERRULES plaintiff's objections and ADOPTS the Report and Recommendation. The complaint alleges that the actionable conduct occurred during the period November 2000 through December 2002. The complaint was executed by Young on June 21, 2006. Young does not contest the Magistrate Judge's finding that he filed this suit more than two years after the alleged actionable events. He argues that his claims have merit and should be heard. However, this Court has no option but to dismiss the complaint because it is barred by the statute of limitations.

Accordingly, the complaint is **DISMISSED** because it is barred by the two year statute of limitations for actions brought under 42 U.S.C. § 1983.  *Browning v. Pendleton*, 869 F.2d at 992.  The Clerk of Court is **DIRECTED** to enter **JUDGMENT** dismissing this lawsuit as barred by the statute of limitations.

      /S/ George C. Smith
George C. Smith
United States District Judge